**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:25-MJ- 1324 |
| | ) | |
| TRIMAINE HERNANDEZ LATOUR | ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kirk Cheney, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.     I have been employed as a special agent with the Federal Bureau of Investigation ("FBI") since February 2022.  Since 2022, I have investigated internet-based crimes against children and child sexual exploitation, and I am currently assigned as the Task Force Coordinator for the Northern Nevada Child Exploitation and Human Trafficking Task Force.  In my duties, I coordinate the efforts of FBI task force officers to the Internet Crimes Against Children Task Force of Northern Nevada.  I investigate cases involving the production, distribution and possession of child pornography, sextortion involving minors, and other associated crimes.  I have received specialized training in online chat investigations involving child sex offenders and cases involving the production, possession, distribution and receipt of child pornography.  I have received specialized training in digital forensics and am certified by the FBI to perform forensics on digital devices.

2.     I am a federal officer authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

3.      This affidavit is in support of an arrest warrant for TRIMAINE HERNANDEZ LATOUR (hereafter LATOUR), a 21-year-old male with a date of birth of October 26, 2004.

4.      This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that LATOUR committed violations of 18 U.S.C. §2251(a), which makes it a crime to persuade, induce or coerce a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct; 18 U.S.C. § 2252A(a)(2), which make it a crime to receive and distribute child pornography; 2252A(a)(1), which make it a crime to transport or ship in interstate or foreign commerce, by computer, child pornography; 18 U.S.C. § 2252A(a)(5)(B), which make it a crime to possess child pornography; 18 U.S.C. §875(d), which makes it a crime to threaten to injure the reputation of another with the intent to extort things of value; and (collectively, hereinafter, the "TARGET OFFENSES").

**TECHNICAL TERMS**

6.      "Child Pornography" as defined in 18 U.S.C. § 2256(8) includes any visual depiction including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where: (a) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; (b) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaging in sexually explicit conduct; or (c) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct.

7.     "Visual depictions" include developed or undeveloped film and videotape, and data stored on computer disk or by electronic means, which is capable of conversion into a visual image.  See 18 U.S.C. § 2256(5).

8.     "Sexually explicit conduct" means graphic sexual intercourse, including genital-genital, oral-genital, or anal-genital, or oral-oral, whether between persons of the same or opposite sex, or lascivious simulated sexual intercourse where the genitals, breast, or pubic area of any person is exhibited; (a) bestiality; (b) masturbation; (c) sadistic or masochistic abuse; or graphic or simulated lascivious exhibition of the genitals or pubic area of any persons.  See 18 U.S.C. § 2256(2).

9.     "Computer hardware," as used herein, consists of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data.  Computer hardware includes any data-processing devices (including, but not limited to, central processing units, internal and peripheral storage devices such as fixed disks, external hard drives, and other memory storage devices); peripheral input/output devices (including, but not limited to, keyboards, printers, video display monitors, and related communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including, but not limited to, physical keys and locks).

10.    "Computer software," as used herein, is digital information which can be interpreted by a computer and any of its related components to direct the way they work. Computer software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

3

11. "Internet Service Providers," or "ISPs," are commercial organizations that provide internet access to residential, business, or cellular customers through subscription-based services. The access may be through an individual cellular device or to a physical location.

12. "Electronic Service Providers," or "ESPs," are providers of computing services and may include ISP's. These ESP's provide computing services such as email and other online content delivery services such as media streaming or online storage access.

13. "Internet Protocol address," or "IP address," is a unique numeric address used by computers on the Internet. An IP address is typically represented in one of two ways. IPv4, which is represented in dot-decimal notation and broken into four octets such as 71.9.22.218. The other type of IP address is IPv6, which is typically represented by hexadecimal digits with letters a-f and numbers 0-9. IPv6 is also separated into eight hexadecimal sets with each set separated by a colon such as 2600:5387:6006:810c:e000:4d00:a251:605e. IPv6 also allows representation using compression where leading zeros may not be shown or any group of four zeros may only be represented by an additional colon such as 2600:387:6:80c::51. IP addresses are assigned by Internet Service Provider to their subscribers by "DHCP" or Dynamic Host Configuration Protocol. IP addresses can be assigned as static, which do not change, or dynamic, which may be reassigned to another subscriber. ISPs routinely log what IP addresses were assigned to a subscriber at a specific date and time.

14. "Digital storage device," "electronic storage device," or "digital device" refers to any electronic system or device capable of storing and/or processing data in digital form, including but not limited to computers, hard drives, flash memory, media streaming devices, gaming consoles, cellular phones, and any other device capable of storing data.

4

15.     "Storage medium" or "medium" (plural = storage media) is any physical object upon which computer data can be recorded.  Examples include hard disks, flash memory, DVDs, CD-ROMs, and other types of magnetic or optical media not listed here.

16.     "Internet," as used herein, is a global network of computers and other electronic devices that communicate with each other.  Given the structure of the Internet, connections between devices on the Internet often cross state and/or international borders, even when the devices communicating with each other are physically located within the same state.

17.     The terms "records," "documents," and "materials," as used herein, include all information recorded in any form, visual or aural, and by any means, whether in handmade form (including, but not limited to, writings, drawings, painting), photographic form (including, but not limited to, prints, slides, negatives, videotapes, motion pictures, photocopies), mechanical form (including, but not limited to, phonograph records, printing, typing) or electrical, electronic or magnetic form (including, but not limited to, tape recordings, cassettes, compact discs, electronic or magnetic storage devices such as hard drives, CD-ROMs, digital video disks (DVDs), Personal Digital Assistants (PDAs), Multi Media Cards (MMCs), memory sticks, optical disks, printer buffers, smart cards, memory calculators, electronic dialers, or electronic notebooks, as well as digital data files and printouts or readouts from any magnetic, electrical or electronic storage device.

18.     "Imaging" or "copying" refers to an accurate reproduction of information contained on an original physical item, independent of the electronic storage device.  "Imaging" or "copying" maintains contents, but attributes may change during the reproduction.

19.     "Hash value" refers to a mathematical algorithm generated against data to produce a numeric value that is representative of that data.  A hash value may run on media to

5

find the precise data from which the value was generated. Hash values cannot be used to find other data. A hash value can be described as a digital fingerprint for a computer data file. Any alternation of a computer data file would change that file's hash value.

## BACKGROUND ON INSTAGRAM

20.     Instagram is a service owned by Meta Platforms, Inc ("Meta"), a United States company and a provider of an electronic communications service as defined by 18 U.S.C. §§ 3127(1) and 2510. Specifically, Instagram is a free-access social networking service, accessible through its website and its mobile application, that allows subscribers to acquire and use Instagram accounts, through which users can share messages, multimedia, and other information with other Instagram users and the general public.

21.     Meta collects basic contact and personal identifying information from users during the Instagram registration process. This information, which can later be changed by the user, may include the user's full name, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, credit card or bank account number, and other personal identifiers. Meta keeps records of changes made to this information. The date of birth a user inputs when registering is only visible to the user and Meta, not to other users.

22.     Meta also collects and retains information about how each user accesses and uses Instagram. This includes information about the Internet Protocol ("IP") addresses used to create and use an account, unique identifiers and other information about devices and web browsers used to access an account, and session times and durations.

23.     Each Instagram account is identified by a unique username chosen by the user. Users can change their usernames whenever they choose but no two users can have the same

6

usernames at the same time. Instagram users can create multiple accounts and, if "added" to the primary account, can switch between the associated accounts on a device without having to repeatedly log-in and log-out.

24.     Instagram users can "follow" other users to receive updates about their posts and to gain access that might otherwise be restricted by privacy settings (for example, users can choose whether their posts are visible to anyone or only to their followers). Users can also "block" other users from viewing their posts and searching for their account, "mute" users to avoid seeing their posts, and "restrict" users to hide certain activity and prescreen their comments. Instagram also allows users to create a "close friends list" for targeting certain communications and activities to a subset of followers.

25.     Users have several ways to search for friends and associates to follow on Instagram, such as by allowing Meta to access the contact lists on their devices to identify which contacts are Instagram users. Meta retains this contact data unless deleted by the user and periodically syncs with the user's devices to capture changes and additions. Users can similarly allow Meta to search an associated Facebook account for friends who are also Instagram users. Users can also manually search for friends or associates.

26.     Each Instagram user has a profile page where certain content they create and share ("posts") can be viewed either by the general public or only the user's followers, depending on privacy settings. Users can customize their profile by adding their name, a photo, a short biography ("Bio"), and a website address.

27.     One of Instagram's primary features is the ability to create, edit, share, and interact with photos and short videos. Users can upload photos or videos taken with or stored on their devices, to which they can apply filters and other visual effects, add a caption, enter the

7

usernames of other users ("tag"), or add a location. These appear as posts on the user's profile. Users can remove posts from their profiles by deleting or archiving them. Archived posts can be reposted because, unlike deleted posts, they remain on Meta's servers.

28.     Users can interact with posts by liking them, adding or replying to comments, or sharing them within or outside of Instagram. Users receive notification when they are tagged in a post by its creator or mentioned in a comment (users can "mention" others by adding their username to a comment followed by "@"). An Instagram post created by one user may appear on the profiles or feeds of other users depending on a number of factors, including privacy settings and which users were tagged or mentioned.

29.     An Instagram "story" is similar to a post but can be viewed by other users for only 24 hours. Stories are automatically saved to the creator's "Stories Archive" and remain on Meta's servers unless manually deleted. The usernames of those who viewed a story are visible to the story's creator until 48 hours after the story was posted.

30.     Instagram allows users to broadcast live video from their profiles. Viewers can like and add comments to the video while it is live, but the video and any user interactions are removed from Instagram upon completion.

31.     Instagram lets users send messages to one or more people in chats. These messages can include text and photos or videos a user takes or uploads from their library. Messages sent by a user will not appear in the user's feed or profile. Users can also live video chat with other users.

32.     Users can send messages that will disappear in a user's Instagram chat after being sent. Users can turn the feature on by swiping up within a chat and turned off by swiping down. Messages will appear in a chat for the duration a user has chosen.

8

Instagram advises that users should only use disappearing messages with people they trust, as it is possible for someone to take a screenshot or screen recording of a user's disappearing message before it's no longer visible. A user will receive a notification if Instagram detects this happens. Someone can also take a photo of a disappearing message with a camera or other device before it disappears.

## BACKGROUND REGARDING CASH APP

33.     Cash App (identified by the website https://cash.app) is a payment service offered by Block, Inc.; Cash App can be used as a peer-to-peer payment service, meaning individuals can connect directly to each other to exchange money through the Cash App mobile application. A user can create a unique alpha-numeric name, also known as a "cashtag" for identification purposes, which is represented by a dollar symbol ($) followed by the alpha-numeric name. In order to transfer money, a user can use existing funds in their Cash App account or fund the transfer through a linked credit card account. When a user receives funds via Cash App, they can opt to keep the funds in their Cash App account for future transactions or withdraw the funds via electronic transfer to a linked bank account.

34.     Cash App is owned by Block, Inc. According to Cash App's Privacy Notice[1], Cash App collects Identification information about the account holder to include: name, email address, zip or postal code, phone number, Cashtag, signature, authentication credentials (for example, information a user used to log in to their Cash App account) including Internet protocol

---

[1] https://cash.app/legal/us/en-us/privacy

(IP) address, financial information such as bank account and payment card numbers, and transaction information.

35.     Cash App collects additional identification information for Verified users, to include full mailing address, date of birth, government-issued identification to include Social Security number, passport or driver's license, and photograph in order to send and receive larger payment amounts.

## BACKGROUND REGARDING SEXTORTION

36.     Based on my training and experience, and the training and experience of other law enforcement personnel to whom I have spoken, I know that sexual extortion, commonly referred to as "sextortion," is a prevalent and growing concern in the United States. Sextortion is typically motivated by either sexual gratification or financial gain but can be a combination of both.  After developing a relationship of trust with the victim, the offender will use various methods to coerce the victim into producing and sharing sexually explicit images or videos of themselves over the internet.

37.     After the victim complies with the offender's request for sexually explicit content, the offender will then threaten to release the videos/images of the victim to their online friends/family members unless the victim sends additional sexually explicit content or a specified amount of money via an online money transfer application. Offenders often target children who openly engage others online or who are active on social media.  Sextortion offenders tend to target multiple victims to satisfy their sexual desires or increase their financial return.  Sextortion victims often report having to meet demands for additional content or payment even after the initial demands are met.  Once a child becomes a victim of sextortion, the victimization may last

10

for years. Many victims of sextortion suffer mental and emotional stress as a result of the sextortion to include suicide.

## BACKGROUND ON NCMEC AND CYBER TIPS

38.     The National Center for Missing and Exploited Children ("NCMEC") is a private nonprofit corporation, incorporated under the laws of the District of Columbia. It was created in 1984, and its mission is to help find missing children, reduce child sexual exploitation, and prevent child victimization. NCMEC serves five main areas: (1) missing children; (2) child sexual exploitation; (3) training; (4) safety and prevention; and (5) child victim and family services. NCMEC operates various programs in pursuit of its mission. Among these programs is the CyberTip line.

39.     The CyberTip line receives leads and tips regarding suspected crimes of sexual exploitation committed against children. The CyberTip line began in March 1998, and since its inception it has received more than 27 million reports of child sexual exploitation. The CyberTip line provides online users and Electronic Service Providers (ESP) an effective means of reporting Internet-related child sexual exploitation including the possession, manufacture, and distribution of child sexual abuse material, online enticement of children, and child prostitution, among others.

40.     Reports to the CyberTip line are made by the public and ESPs. ESPs are required by federal law to report apparent child pornography to law enforcement via the CyberTip line. Any United States based company providing an electronic communication service to the public through a facility or means of interstate or foreign commerce is required to register with and report to the CyberTip line.

11

41.     The CyberTip line reporting mechanism assists law enforcement with the detection and investigation of child sexual exploitation crimes.

42.     Pursuant to 18 U.S.C. §§ 2258A(h), effective May 7, 2024, ESPs reporting child exploitation to NCMEC are required to preserve any information reported to the CyberTip line for a period of one (1) year.

## BACKGROUND ON CHILD EXPLOITATION WITH THE USE OF TECHNOLOGY, AND OFFENDER CHARACTERISTICS INVOLVING SUCH ACTS

43.     Based upon my knowledge, training, and experience in online child exploitation and child sexual abuse material investigations, and the experience and training of other law enforcement officers with whom I have had discussions who also have training and experience in online child exploitation and child sexual abuse material investigations, computers and computer technology have revolutionized the way in which child sexual abuse material is advertised, produced, distributed, received, and stored as a commodity and a further tool of child exploitation. As a result, I know there are certain characteristics common to these child exploitation related crimes. These individuals:

44.     May receive sexual gratification, stimulation, and satisfaction from contact with children; or from fantasies they may have viewing children engaged in sexual activity or in sexually suggestive poses, such as in person, in photographs, or other visual media; or from literature describing such activity.

45.     May obtain sexually explicit or suggestive materials, in a variety of media, including photographs, digital media, magazines, motion pictures, videotapes, books, slides and/or drawings or other visual media. Such individuals may use these materials for their own sexual arousal and gratification. Further, they may use these materials to lower the inhibitions of

12

children they are attempting to seduce, to arouse the selected child partner, or to demonstrate the desired sexual acts.

46.     May engage in chat, email exchange, other messaging technologies for the creation of sexually explicit stories involving sexual acts with children, acts involving role play as children or a parent of children, or incest.

47.     May maintain a "collection" in a variety of media in a safe, secure and private environment, such as a computer and surrounding area. These collections may be maintained for several years and may be kept close by, usually at the individual's residence, to enable the collector to view the collection, which is valued highly. The collections are often backed up on external devices or other digital media. These "collectors" claim to be unable to delete or be without the material for any extended period. These "collectors" may also choose to store their material online using "cloud" based file storage provided by ISPs. This "cloud" based storage allows an offender to store the material on servers maintained by ISPs and access the material anywhere in the world through an Internet connection.

48.     May organize, catalog, and separate their collections based on physical characteristics of the children, series, genre, or scene types and settings.

49.     May take steps to avoid detection by intentionally downloading, viewing, and maintaining dominion and control of child sexual abuse material to achieve sexual gratification, then purposely deleting the material until choosing to download again. Individuals previously showing traits as "collectors" may have transitioned into a deleting behavior pattern due to the ease and accessibility of child sexual abuse material through the Internet or simply attempting to avoid detection.

13

50.     Routinely engage in a pattern of continual activity involving the download and sharing of child sexual abuse material for sexual gratification, regardless of their actions of storing, collecting, or deleting the material. Determining if a person is a "collector" or engages in deletion behavior is often not possible until after seizure of the media and examination and analysis of the artifacts or "digital trace footprint."

51.     Often collect non-sexually explicit images and/or videos of children relating to their preference concerning age, sex, hair color, body type, and other physical characteristics and maintain those images in similar manner as the child sexual abuse material described above.

52.     May enjoy and maintain both adult pornography and child sexual abuse material ranging in broad types of scene content or portrayal from voyeuristic nudity to brutal rape scenes. Offenders' preferences of the scene settings or genre may change from time to time in addition to showing a progression towards more sexually explicit material.

53.     Often possess older devices with similar evidence. In addition to older devices, offenders involved in child sexual abuse material will often use additional devices for online child exploitation such as laptops, desktops, and tablet devices. External storage is also often used by offenders to store or transfer illegal material. These devices may be stored in any location in the residence, vehicle, and on their person.

**PROBABLE CAUSE**

54.     This affidavit sets forth facts which demonstrate that, between October 18, 2022, and March 29, 2025, LATOUR engaged in a pattern of sextortion by coercing minor victims into engaging in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and having the depictions be distributed/received, in violation of the TARGET OFFENSES using various social media accounts including but not limited to the Instagram

14

accounts **mrbuildabear1, de9dstar and uiyohan** and Snapchat account **bindinglust**

("SUBJECT ACCOUNTS"). Email addresses associated with the SUBJECT ACCOUNTS

include trimaine321@gmail.com and its variations, as well as phone number 239-223-2319,

were linked to Cash App accounts in the name of LATOUR. Subpoena returns from Cash App

for the associated accounts identified LATOUR as the owner and operator of the Cash App

accounts and the probable operator of the SUBJECT ACCOUNTS.

### Initial Victim Report

55.     On or about March 29, 2025, the National Threat Operations Center of the

Federal Bureau of Investigation was contacted by an adult female who reported the sextortion of

her 16-year-old daughter (hereinafter "MV-1"). While the adult female was away from home,

she was contacted by her 13-year-old son, who texted her a video of MV-1. In the video, MV-1

was nude and communicating with someone over video chat in their home. MV-1 was trying to

somehow involve the son in the video chat, which troubled the son.

56.     When the adult female returned home and began questioning MV-1, she learned

that from approximately March 26, 2025, to March 29, 2025, MV-1 had been communicating

with LATOUR who was using username **mrbuildabear1,** with display name トリメイン

through Instagram, and was being extorted for sexually explicit content. LATOUR demanded

that the content include the involvement of other individuals which led to the incident with MV-

1's brother.

57.     On or about March 31, 2025, MV-1's mother observed numerous notifications on

MV-1's phone from Instagram for missed audio calls from LATOUR and took a photo of the

notifications which is included below.



58.     On or about August 4, 2025, MV-1 was forensically interviewed by FBI. MV-1 reported that MV-1's friend, MV-2, was followed on Instagram by LATOUR in the days prior to March 26, 2025, using Instagram account **mrbuildabear1,** who messaged MV-2 and said he could increase her likes and followers on social media in exchange for sexually explicit content. MV-2 declined the solicitation by LATOUR and told MV-1 about the interaction.

59.     On or about March 26, 2025, MV-1 was interested in increasing her followers on her social media accounts and so followed LATOUR's account **mrbuildabear1**. In response, LATOUR messaged MV-1 and made the same promise to her that he made to MV-2, that is, to increase MV-1's follower count on social media in exchange for sexually explicit content. After MV-1 provided the content, LATOUR demanded more content and threatened to share the

16

already provided content with MV-1's school friends on Instagram unless MV-1 complied. LATOUR sent MV-1 screenshots of their live video calls, and of Instagram accounts belonging to MV-1's friends from school and said he would send the content to them unless MV-1 did as he directed.

60.     In their communication on Instagram, LATOUR turned on the "disappearing messages" feature and only screen recorded live video calls between LATOUR and MV-1 in lieu of having MV-1 send the content prerecorded. If, for any reason, MV-1 turned off the "disappearing messages" feature, LATOUR would turn the feature back on.

61.     MV-1 tried to pre-record and edit videos so it appeared as though MV-1 was complying with LATOUR's request for sexual content involving MV-1's brother, but LATOUR demanded that they be live. MV-1 then tried to play an edited, pre-recorded video on an iPad while MV-1 pointed her phone camera at the screen and video chatted with the LATOUR to make it seem like it was MV-1 doing the actions live but LATOUR knew it was fake.

62.     During one video call, LATOUR's camera was left on for about 5 seconds and MV-1 saw LATOUR. He was male and had darker skin and could have been Indian. He was in a bathroom and it "wasn't nice." It was messy and there were kids toys on the ground. LATOUR also told MV-1 he was either 3 or 5 hours ahead of her in terms of the time of day. He used a manner of speaking that suggested he was younger, saying things like "bro" a lot.

63.     MV-1's mother shared with the FBI multiple files recovered from MV-1's iPad, including two videos containing child sexual abuse material which MV-1 shared with LATOUR, as well as two screenshots downloaded after a data recovery request was submitted to Meta Platforms of MV-1's messages with LATOUR.

17

64.     On or about April 3, 2025, MV-1's mother consented to a forensic extraction of MV-1's phone, which FBI completed.  Various artifacts were recovered from the device which corroborated MV-1's statements and are detailed below.

65.     Instagram user **mrbuildabear1** with Instagram ID 27230585962 was listed as a contact on MV-1's phone, and indicated he was following MV-1 on Instagram.

66.     A video dated March 27, 2025, 5:41 PM was recovered from MV-1's iPad and shared with the FBI.  The same video was recovered from MV-1's phone.  The below description is a partial summary of the video:

67.     The video is approximately 6 minutes, 55 seconds long, and shows MV-1 in a bathroom talking to the camera as if she is talking to LATOUR.  MV-1 explains she is recording the video because she's "grounded," and her phone is getting taken away and she won't be able to use it later.  She talks about how her brother "doesn't care" and she promised him $1,000.  MV-1 then begins to undress, exposing her breasts and rubbing them for the camera.  She ties her shirt around her head and face, leaving only her eyes exposed.  She pulls her shorts down, exposing her buttocks, and then pulls her shorts back on.  She then picks up the camera and says, "time to go" before walking out of the bathroom and shutting off the light.  The screen goes dark, but audio can still be heard as a door creaks.  MV-1 is then seen in a darkened room.  She says, "I'm going to close the door because I'm scared my parents will try to come in."  She closes the door and then says, "he's over there."  She points the camera to a bed.  Sheets are visible but no person is seen.  MV-1 acts as if she is interacting with her brother, but no other person is heard or seen.  She places the camera on the bed so she is visible.  She removes her shorts so she is entirely naked and begins masturbating with her hand.  She moves the camera and again acts as if she is interacting with someone just off camera.  She gets on her hands and knees and places

18

what appears to be fabric in the shape of a penis into her mouth and begins simulating orally stimulating the fabric, as if she is performing oral sex.

68.     On or about March 27, 2025, at approximately 5:51 PM, MV-1 messaged MV-2 and sent the following messages:

| | |
|---|---|
| MV-1: | the man has video proof |
| MV-1: | i have to flash someone outside for him to delete it |
| MV-1: | and for it to be over |

69.     On or about March 28, 2025, at approximately 12:58 PM, MV-1 messaged another friend and sent the following messages:

| | |
|---|---|
| MV-1: | suck someone's dick on a call with him |
| MV-1: | he needs proof |

70.     Multiple videos created on March 29, 2025, were recovered with time stamps starting at approximately 2:49 PM. One video is of MV-1 naked with her head covered with a shirt and she appears to be in her bedroom. She massages her breasts and begins masturbating. Another video is of MV-1's 13-year-old brother, who is sitting in a chair playing video games. A third video is the two previous videos edited together as if they occurred in the same place at the same time. The combined video ends with the logo, "CapCut," indicating it had been edited using the CapCut program, a video editing application.

71.     The video received by MV-1's mother and sent by MV-1's brother was obtained and reviewed by the FBI. The video is approximately 1 minute and 40 seconds in length and was sent at approximately 5:27 PM on March 29, 2025. It depicts MV-1 naked and concealing herself behind a wall in their home holding a cellphone. She is attempting to interact with her

brother who appears to be holding the device that is recording the video. He makes the statement, "See, now I'm recording you." They go back and forth with MV-1 asking the brother to not record her and him saying he will. She then looks down at her cellphone screen before stepping out into full view of her brother who yells, "what the fuck!" The following communication then occurs:

| | |
|---|---|
| BROTHER: | Could you leave me alone, please? |
| MV-1: | No. |
| BROTHER: | Why? |
| MV-1: | Cause I need to do this. |
| BROTHER: | No, you fucking don't. |
| MV-1: | Yup, I do. |

72.     The following screenshot with creation timestamp 3-29-2025, 5:35 PM was recovered from MV-1's phone and shows communication on Instagram between LATOUR and MV-1, including requesting MV-1 delete their chat and send a screenshot. Based on my training and experience, online predators will often request screenshots to confirm their victims have deleted chat history to avoid detection by law enforcement.



73.     Call log records were recovered from MV-1's phone, including records of ten calls made to or received from Instagram account **mrbuildabear1**. The calls last in duration from 0 seconds, up to 19 minutes and 7 seconds. The artifacts indicate the call log records were deleted. Seven of the calls are labeled as video calls. No date or time information was recovered with the call log records.

74.     On or about April 4, 2025, the display name of the Instagram account **mrbuildabear1**, "トリメイン," was entered into Google Translate by FBI personnel which recognized it as Japanese. When translated into English, it returned the name "Trimaine."



| Japanese ˅ | ⇄ | English (Enhanced) ˅ |
|---|---|---|
| トリメイン ✖ | | Trimaine |
| 🎤 🔊    5 characters / 5000    [Translate ▸] | | 🗐 🔊 |

## Instagram Search Warrant Returns

      75.     On or about August 22, 2025, search warrant returns for Instagram account

**mrbuildabear1** were received from Meta pursuant to a federal search warrant. Hundreds of

chats between LATOUR and other Instagram users were reviewed. The vast majority of chats

indicate LATOUR's primary purpose for the account was to obtain sexual content from females

in exchange for promises of boosting their likes, followers, and "brand" on their social media

accounts, and/or for payments of money. On many occasions, LATOUR would resort to

communication indicative of sextortion if users would not comply with his requests. This would

include LATOUR sending screenshots of live video calls between LATOUR and his victims

which contained sexual content along with screenshots of the victim's Instagram followers.

LATOUR told his victims he would "leak" their content unless they complied with his requests.

Based on the content of the chats provided by Meta, many of the chats appear to be incomplete

with portions of the communication between LATOUR and victims apparently missing.

      76.     On multiple occasions in the recovered chats, users told LATOUR a victim was

underage. In one instance, he asked a user for sexual content including her friend and stated that

he would pay them. When the user said her friend was 13 years old, he responded, "idc [I don't

care] money is money." LATOUR chatted with another user, and he requested that she record and send him a video of her flashing her sister, which she did. He then requested her sister do the same. When the user told him "shes only 11," he replied, "I don't mind, we in vanish mode."

77.     Chat history between MV-1 and LATOUR was located and reviewed which corroborated MV-1's statements, as well as evidence retrieved from MV-1's phone. On or about March 26, 2025, LATOUR asked how old MV-1 was, to which she replied, "16."

78.     Chats dated March 27, 2025, recovered from the search warrant returns between MV-1 and LATOUR outline LATOUR directing MV-1 on the actions she should perform, including "flashing" family members or strangers, sucking a stranger or family member's penis, "playing with" herself in front of others or something similar. On multiple occasions, the chat history shows a "video chat" was started with the context being that MV-1 was performing some sexual act as directed by LATOUR with a subsequent notification that LATOUR "took a screen recording." Based on my training and experience, I know that when an individual takes a screen recording on their phone, the screen recording is saved to that device.

79.     One exchange of messages between MV-1 and LATOUR occurred over a period of roughly three hours on March 29, 2025. LATOUR repeatedly demanded that MV-1 sexually assault her 13-year-old brother, at one point stating, "I wanna see you jerk him off." MV-1 agreed to "flash" her brother but repeatedly refused LATOUR's demands for her to do more, continually saying "no." LATOUR promised her money and social media followers, but MV-1 refused, at one point stating, "this is making me feel sick and uncomfortable." MV-1 ultimately tried to edit a video to look as though she was complying with some of LATOUR's demands, but LATOUR stated he knew it was fake and began counting down from 10 saying, "Or I'm leaking the vid with you and your cousin." The following messages were sent by LATOUR:

23



80.     Multiple videos containing child sexual abuse material (CSAM) of MV-1 were

recovered in the Instagram returns for **mrbuildabear1,** including videos recovered from MV-1's

device and described in this affidavit.

### NCMEC CyberTipline Reports

81.     A search of the Cybertip line Report ("Cybertip") database of the National Center

for Missing and Exploited Children ("NCMEC") was conducted and Cybertips were identified

which were associated with LATOUR and his various social media accounts.  Some of these

reports are detailed below:

### NCMEC Cybertip line Report

82.     On October 18, 2022, NCMEC received a CyberTip from Instagram reporting

that a user with the screen name **de9dstar,** and email addresses liamswelt11@gmail.com and

trimaine322@gmail.com engaged in "the apparent enticement of a minor to engage in sexual activity and or to produce and share apparent child sexual abuse material (CSAM)." The reported communication is consistent with sextortion.

83. Below are excerpts of conversations between the reported victim ("MV-6") and LATOUR, as reported by Instagram. They do not constitute the entirety of the communication between LATOUR and MV-6:

| LATOUR: | keep going or I expose you |
|---------|-----------------------------|
| LATOUR: | idc |
| LATOUR: | [crying face emoji] |
| LATOUR: | turn your cam on |
| LATOUR: | lemme finish |
| LATOUR: | now |
| LATOUR: | or i send the vid |
| LATOUR: | no |
| LATOUR: | keep going |
| LATOUR: | now |
| LATOUR: | i'll let you go after 3 mins |
| LATOUR: | now start |
| LATOUR: | or i expose you |
| LATOUR: | to your friend |
| LATOUR: | jayden |
| LATOUR: | just turn it on |
| LATOUR: | and i'll let you watch me |
| LATOUR: | call |
| LATOUR: | now |
| MV-6: | I need some time plz just give me a minute... |
| LATOUR: | no |
| LATOUR: | call bakc [sic] |

| LATOUR: | now |
|---------|-----|
| LATOUR: | or I leak |
| LATOUR: | answer |
| LATOUR: | now |
| LATOUR: | 3 mins |
| LATOUR: | and then you can hang up |

84.     LATOUR used IP address 71.208.128.170 as reported in the Cybertip which resolved to the Fort Myers, FL metropolitan area, which is described later in this affidavit as a location in which LATOUR lived.

85.     On June 20 and 21, 2023, NCMEC received other Cybertips from Twitter reporting that a user of their service with the screen name ihytraumaa, email address trimaine022@gmail.com and phone number 239-223-2319 uploaded/shared 3 videos depicting what Twitter believed to be child pornography. Twitter indicated that it had viewed the contents of the uploaded videos. Twitter reported that, on or about June 19, 2023, the user attached the videos to a "tweet" with a hashtag that included the name of a popular social media influencer who was 16 years old at the time, along with the words "leaked," "leak" and "leaks." The IP addresses accessed by the user on the date of the tweets resolved to the Orlando, FL area and were operated by AT&T Wireless. The FBI has viewed the contents of the files already viewed by Twitter, and based on my training and experience, I believe them to contain CSAM. The videos show a female matching the appearance of publicly available photos of the referenced social media influencer. She is nude and masturbating while kneeling on a bed.

86.     On July 1, 2023, NCMEC received another Cybertip from Instagram reporting an incident of Online Enticement of Children for Sexual Acts involving a user of their service with

a screen name of "**uiyohan**," an ESP User ID of 19574777292 with email addresses trimaine077@gmail.com and trimaine321@gmail.com, and phone number 239-223-2319. The phone number was the same phone reported in Cybertips used by Twitter user ihytraumaa, and which had a shared email address with Instagram account user **mrbuildabear1**. Additionally, the LATOUR account reported a date of birth of 10-26-2004. The incident occurred on or about June 21, 2023.

87.     Instagram reported that the victim ("MV-7") had a reported age of 19 but that "Activity on the platform indicates that the user is a minor, despite their listed age being an adult." Based on my training and experience, it is not uncommon for minor children to create accounts using a false date of birth to misrepresent their age. The following excerpt of conversations between the LATOUR account and MV-7 were reported and do not constitute the entirety of the communication between LATOUR and MV-7:

| MV-7: | So hello :) |
|---|---|
| LATOUR: | I tried giving you one |
| MV-7: | wdym |
| LATOUR: | Okay |
| MV-7: | wait what |
| MV-7: | im confused |
| LATOUR: | Soo like I'll give you a promo |
| LATOUR: | But I'm getting none |
| MV-7: | okay |
| MV-7: | what does that mean |
| LATOUR: | Like I want some |
| LATOUR: | If I'm basically gonna give you a feee [sic] 50k-100k followers |
| MV-7: | okay |

| | |
|---|---|
| LATOUR: | wyd rn [right now]? |
| MV-7: | listening to music |
| LATOUR: | I want a video call |
| MV-7: | doing what |
| LATOUR: | [male gender emoji] |
| LATOUR: | Help me like |
| LATOUR: | yk [you know] |
| MV-7: | oh |
| MV-7: | ok |
| LATOUR: | Yes or no |
| MV-7: | im not getting naked or nun but |
| MV-7: | ill video call u |
| LATOUR: | Yea sure |
| LATOUR: | Rn? |
| MV-7: | Sure |
| LATOUR: | Can I see your thighs or some ? |
| MV-7: | Yea |
| LATOUR: | Let's call then |
| MV-7: | ok |
| LATOUR: | Can you take your shirt off |
| LATOUR: | 📷 |
| LATOUR: | Tease me |
| LATOUR: | You should honestly just take it off |
| LATOUR: | The bra |
| LATOUR: | Lemme see them atlesst |
| LATOUR: | On call |
| LATOUR: | Pretty |
| LATOUR: | I'll pay you too …. You got cash app |
| LATOUR: | What that ? |
| MV-7: | [MV-7's Cashtag redacted] |

| | |
|---|---|
| LATOUR: | 😈 I need like Yk finish |
| LATOUR: | Take it off and join 📷 |
| LATOUR: | 500? |
| LATOUR: | But you gotta take it off |
| LATOUR: | All of it you don't gotta show your face |
| LATOUR: | And play with yourself |
| LATOUR: | You can have your cart |
| LATOUR: | Can you make the room brighter tho if that's okay |
| LATOUR: | Yeah |
| LATOUR: | I'll do it but are you gonna take everything off and finger yourself |
| LATOUR: | This one ? |
| LATOUR: | Sent |
| LATOUR: | Start |
| LATOUR: | All of it off |
| LATOUR: | Also when you finger your self can you lay balc and lift your legs up |
| LATOUR: | You can show your face 😈 that's what made me horny …. |

88.    Based on my training and experience, as well as statements from identified victims, the above cited communication between LATOUR and MV-7 is representative of behaviors typical of LATOUR specifically, and sextortion generally. In sextortion cases, a LATOUR will start with requesting images that a victim is more comfortable with and then will gradually coerce a victim into providing escalating sexual content up until the point in which they have content sufficient to threaten a victim, often when the victim's face is visible in the image, and they are in a compromising state.

89.     Instagram reported that LATOUR utilized an IP address that resolved to Internet Service Provider AT&T Wireless in the Mobile, Alabama/Pensacola, FL area.[2]

90.     On February 12, 2025, NCMEC received a CyberTip from Snapchat reporting that on February 12, 2025, a user of their service with the screen name **bindinglust** and email address trimaine321@gmail.com "appears to have engaged in the sextortion of a minor, based on chat content, presence of CSEAI, and/or signals from the reported account indicative of sextortion." The report identifies a victim ("MV-5") who would be 14 years old based on the reported date of birth. The following communication was reported between LATOUR and MV-5:

| LATOUR: | 9 |
|---------|---|
| LATOUR: | 8 |
| LATOUR: | 7 |
| LATOUR: | 6 |
| LATOUR: | [LATOUR sends 9 images of a female's exposed breasts, presumably belonging to MV-5.] |
| LATOUR: | 5 |
| LATOUR: | Flash him now |
| LATOUR: | Or I show everyone |
| LATOUR: | Tuen [sic] your camera on |

_____

[2] Because this is a wireless IP address, the geographic area to which the IP address resolves may not always correlate with the exact location of the user or may indicate the user was in transit when accessing a given wireless IP address.

91.     The report stated that LATOUR used a previous username of trimaine0 before changing it to **bindinglus**t. LATOUR logged in to the Snap account using IP address 73.113.65.190 which is registered to Comcast Cable and resolves to the Knoxville, TN area.

92.     On or about May 14, 2025, MV-5 was interviewed by a child and adolescent forensic interviewer. MV-5's date of birth was confirmed as XX-XX-2010, making her 14 years old at the time of the reported incident with LATOUR. MV-5 identified the account as belonging to her and recalled the reported incident. She provided the following information:

93.     On or about February 11, 2025, LATOUR added MV-5 on Snapchat using account **bindinglust**. MV-5 added LATOUR back and they began chatting. LATOUR asked MV-5 how old she was, and she told him she was 14 years old. MV-5 also told him her Instagram account. LATOUR's Instagram account was **mrbuildabear1**. MV-5 told LATOUR she had a 7-year-old brother who was in 2nd Grade. LATOUR sent MV-5 pictures and videos that were supposedly of his penis, and he was masturbating in the video. He told MV-5 that he was "horny" and "hard" and asked MV-5 for pictures of her breasts. She told him no, but LATOUR continued to persist. MV-5 sent LATOUR three pictures of her exposed breasts with her arm covering her nipples. LATOUR may have also requested pictures of MV-5's "butt." When MV-5 refused to send more pictures, LATOUR threatened to send her pictures to people she followed at school and to her school's softball Instagram account unless she flashed her little brother on a video call so he could watch. LATOUR said he knew what school she went to and sent her screenshots of him messaging a boy she knew from school asking him if he wanted to see nudes of MV-5. MV-5 expressed fear about her pictures being leaked and her friends and family finding out what had happened. MV-5 reported she had never sent anyone nude pictures of herself before that time.

31

94.     A review of the search warrant returns provided on August 22, 2025, by Meta for Instagram account **mrbuildabear1** identified chats between LATOUR and an Instagram account similar in name to MV-5 on the same date of the incident reported by Snapchat. Communication consistent with sextortion was observed including screenshots of MV-5's followers from her Instagram account with multiple accounts circled to include one titled "[high school name] class of 2027." A video recording of approximately 4 seconds in length was observed of a female's naked breasts which LATOUR sent back to MV-5. LATOUR sent multiple messages and made multiple calls to MV-5 that appeared to go unanswered. LATOUR then sent a message saying, "i'm boutta text your friends then" and then sent a screenshot of one of MV-5's followers, followed by a screenshot of a sent message to that same friend which states, "Wanna see [MV-5's] nudes.

95.     On March 12, 2025, NCMEC received a Cybertip from Instagram reporting an incident of Online Enticement of Children for Sexual Acts involving a user of their service with a screen name of "**mrbuildabear1**," an ESP User ID of 27230585962 with email addresses finnthor96@gmail.com, trimaine022@gmail.com and trimaine478@gmail.com. Additionally, the LATOUR account reported a date of birth of 10-26-2004 and the name トリメイン. The device type used by the LATOUR was reported as iPhone 14, 7, otherwise known as an iPhone 14.

96.     Instagram reported that the victim ("MV-4") had a reported age of 23 but that "Activity on the platform indicates that the user is a minor, despite their listed age being an

adult[3]. Based on my training and experience, it is not uncommon for minor children to create accounts using a false date of birth to misrepresent their age.

97. On May 6, 2025, NCMEC received Cybertip from Instagram reporting additional information related to Cybertip involving user **mrbuildabear1** and MV-4, including an updated phone number for LATOUR's account, 239-416-7595, verified on 04-29-2025 at 11:05:36 UTC. The following excerpt of conversations between LATOUR and MV-4 were reported:

| | |
|---|---|
| mrbuildabear1: | Or you can do what I asked |
| mrbuildabear1: | And I'll be nice enough |
| mrbuildabear1: | To still give you views likes followers |
| mrbuildabear1: | And I'll delete the vid |
| MV-4: | Wait send it to me |
| mrbuildabear1: | I Ss [screen shot] all there accs [accounts] |
| mrbuildabear1: | Hope Yk [you know] |
| MV-4: | Wait send me the video please |
| mrbuildabear1: | Some of it |
| MV-4: | Omg please I'll do anything |
| mrbuildabear1: | Flash |
| mrbuildabear1: | And then we good |
| mrbuildabear1: | You got 10 seconds |
| mrbuildabear1: | Why you. Calling |

[3] Instagram reported the following additional information: "Meta uses an AI "adult classifier" model to help determine whether a user is an adult (18 and over) or a teen (13–17). The model considers signals such as profile information, account creation date, and a profile's interactions with other profiles and content. This helps Meta determine when a user's true age may be different from the age they provide when signing up to use our services (shown in the "Approximate Age" field of the CyberTip). Meta uses signals from its adult classifier model when determining whether there is an apparent violation of one of the enumerated laws listed in Section 2258A of Title 18. Where there is an apparent violation, Meta generates a report to NCMEC."

| | |
|---|---|
| mrbuildabear1: | ? |
| MV-4: | I need to talk to you |
| mrbuildabear1: | Are you gonna do it |
| MV-4: | Yes yes I need time |
| mrbuildabear1: | For what |
| MV-4: | To do it |
| MV-4: | Please answer |
| mrbuildabear1: | Why |
| mrbuildabear1: | Send a cid [sic] of you rn [right now] then I will |
| MV-4: | I need to talk to you |
| MV-4: | No please don't |
| mrbuildabear1: | You gonna listen ? |
| MV-4: | Yes I sm |
| MV-4: | Am |
| MV-4: | I am so sorry |
| mrbuildabear1: | Vidoe [sic] call |

98.    Instagram reported that LATOUR utilized IP addresses that resolved to Internet Service Provider Knoxville Utility Board Fiber ("KUB") in the Knoxville, TN area, including IP addresses 2606:83c0:a800:c100:9d13:e2b2:e742:b1c1 and 2606:83c0:a800:c100:b408:f486:d2b8:2fea.

99.    On or about May 9, 2025, MV-4 was forensically interviewed. MV-4's date of birth was confirmed as XX-XX-2010, making her 14 years old at the time of the reported incident with LATOUR. MV-4 identified the account as belonging to her and recalled the reported incident. She provided the following information:

100.     LATOUR first contacted her on TikTok and claimed to be a "promoter" that could increase her likes and followers on her social media accounts.  LATOUR transferred their communication over to Instagram where he asked for a picture of MV-4's vagina, which she provided.  LATOUR then sent back a screenshot of the picture of her vagina and requested that she provide a video of her "flashing" her brother or LATOUR would share the picture of her vagina with her followers.  LATOUR sent a screenshot of MV-4's followers to MV-4 to indicate who he would send it to.  MV-4 blocked the LATOUR and did not have any further communication with him.

101.     A review of the search warrant returns provided on August 22, 2025, by Meta for Instagram account **mrbuildabear1** did not recover any chat history but identified a video recording of approximately 28.5 seconds in length.  The video is of a cellphone with the Instagram messenger application open on the screen.  MV-4's name and Instagram account are at the top of the screen, and it shows chat communication between LATOUR and MV-4, including a video message sent by MV-4.  Someone selects the video message, and the video begins playing showing a nude female, believed to be MV-4, masturbating with a comb.  Her face is not visible in the video, but it pans between her genital area and her breasts.  Two additional screenshots of the video were also recovered, corroborating MV-4's statements that LATOUR sent screenshots of the video to her as part of his sextortion threats.

### Cash App Subpoena Returns

102.     In two Cybertips, LATOUR referenced the money transfer application "Cash App."  An administrative subpoena was issued to Cash App requesting account information associated with telephone number 239-223-2319 and the LATOUR's social security number, XXX-XX-6889.  On or about April 10, 2025, subpoena returns were received from Cash App.

The returns identified four Cash App accounts with the following Active Account Tokens: **C_89ewb1m4s, C_0ceveqyy5, C_5xczr8mar and C_5cdp1pyvs**. Below is a summary of each of the Cash App accounts. Cash App also provided the verification picture provided by the account user of the account user's government issued identification card for account **C_5cdp1pyvs**. The picture shows the Tennessee identification card belonging to Trimaine Hernandez Latour, date of birth 10/26/2004, with address 4400 Hinton Rd, Knoxville, TN.

103. Multiple transactions occur between LATOUR and accounts with display names "Marisol Vera," "Jose Vera" and "Favion Latour." School Records provided by Lee County, FL identified Marisol Vera as LATOUR's mother, Jose Vera as his stepfather, and Favion Latour as his brother.

104. Status information for the transactions provided by Cash App indicates the LATOUR was reported "abusive" by dozens of accounts with whom he was transacting with labels "SENDER_WAS_REPORTED_ABUSIVE" and "RECIPIENT_WAS_REPORTED_ABUSIVE".

105. Cash App users are able to include written comments with transactions. Based on the comments input by the users sending and receiving money, there appears to be a pattern of behavior matching the LATOUR's modus operandi of promising increased social media visibility and then sexually and financially extorting his victims.

**Cash App Account C_89ewb1m4s**

106. Subpoena returns for Cash App Account **C_89ewb1m4s** indicate the account was created on or about August 6, 2021. The account listed an email address trimaine022@gmail.com and addresses 15690 S Mallard Ln, Fort Myers, Florida and 721 Bedford Drive, Lehigh Acres, Florida. The account listed two Identity Verification Names to

36

include "Trimaine Latour" and "Snow Da Ghost" with a date of birth of 10-26-1999. Two different social security numbers are reported, ending in 2656 and 6789. Cash App reported the Verification Results as "FAILED_TO_VERIFY" suggesting the Identity information provided by the user was incorrectly or falsely provided. Cashtags listed in the returns include trimaine3216 and snowwwy87.

107.    Over one thousand transactions were reported in the subpoena returns provided by Cash App for various amounts occurring between 2/18/2021 and 12/20/2023. Additionally, LATOUR referenced contacting him on Instagram via account **Uiyohan**.

108.    Throughout the comments associated with the transactions in the Cash App returns, many references are made to social media accounts on Snap and Instagram. On September 16, 2022, LATOUR sent the message, "follow me on Instagram **de9dstar**." The account is the same account referenced in a Cybertip summarized earlier in this affidavit.

**Cash App Account C_0ceveqyy5**

109.    Subpoena returns for Cash App Account **C_0ceveqyy5** indicate the account was created on or about July 19, 2023. The account is linked to an email address trimaine099@gmail.com and address 15690 S Mallard Ln, Fort Myers, Florida. The account listed an Identity Verification Names to include "Trimaine Latour" with a date of birth of 10-26-2004 and social security number ending in 6889. Cashtags listed in the returns include **unflecfing** and **uiyohan**, the same username used by LATOUR in Cybertip.

110.    Approximately four hundred transactions were reported in the subpoena returns provided by Cash App for various amounts occurring between 12/28/2023 and 4/6/2024. Additionally, LATOUR referenced contacting him on Instagram via account **Uiyohan**, used by the LATOUR.

37

**Cash App Account C_5xczr8mar**

111.    Subpoena returns for Cash App Account **C_5xczr8mar** indicate the account was created on or about April 18, 2024. The account is linked to an email address sum06306@gmail.com and address 15690 S Mallard Ln, Fort Myers, Florida. The account listed an Identity Verification Name to include "Trimaine Latour" with a date of birth of 10-26-2004 and social security number ending in 6889. The Cashtag listed in the returns include **uiyohann**, a similar username used by LATOUR.

**Cash App Account C_5cdp1pyvs**

112.    Subpoena returns for Cash App Account **C_5cdp1pyvs** indicate the account was created on or about September 4, 2024. The account is linked to email address trimaine321@gmail.com and address 4400 Hinton Dr, Knoxville, Tennessee. The account listed Identity Verification Names to include "Trimaine Latour," "Trimaine Hernandez" and "Trimaine Hernandez Latour" with a date of birth of 10-26-2004 and social security number XXX-XX-6889 that shows a Verification result of "VERIFIED." The only Cashtag associated with the account is **mrbuildabear.** Phone number 239-416-7595 was added to the account on 9/4/2024, the same phone number verified by Instagram account **mrbuildabear1** involving MV-4.

113.    Over three hundred transactions were reported in the subpoena returns provided by Cash App for various amounts occurring between 9/8/2024 and 4/4/2025. Additionally, LATOUR requested another user contact him on Instagram via account **mrbuildabear1,** the same Instagram account reported by MV-1 and in Cybertips. The following are examples of comments included with transactions between LATOUR and other parties:

- "add my insta and text me **mrbuildabear1**"
- "my PayPal is **mrbuildabear1**"

114.    On or about October 11, 2024, the following series of messages were sent one after the other by LATOUR to a possible victim, MV-8.  The transactions are labeled with "SENDER_WAS_REPORTED_ABUSIVE" indicating MV-8 reported LATOUR to Cash App:

| | |
|---|---|
| LATOUR: | im sending the guys I ss [screen shot] and im send them your vid |
| LATOUR: | okay I'm sending your videos to people |
| LATOUR: | send me the money or they see you letting a random |
| LATOUR: | ima send them the vid of you letting a random touc |
| LATOUR: | last chance |
| LATOUR: | send it now |
| LATOUR: | posting it on Twitter and Reddit |
| LATOUR: | all you gotta do is send the money |
| LATOUR: | bet then |
| LATOUR: | everyone at your school gonna see |

**Public Records/LATOUR Identification/Family Information**

115.    On or about November 28, 2022, the Lee County Sheriff's Office ("LCSO") in Lee County, Florida served a subpoena to Lumen regarding the reported IP address used by LATOUR that was identified in Cybertip.  Lumen subscriber information resolved to Marisol Vera at 721 Bedford Dr, Lehigh Acres, Florida.  Further investigation identified LATOUR, who was 17 years old at the time and a resident at the address, as a person of interest in the case.  On or about January 19, 2023, detectives with LCSO attempted contact with occupants of the residence.  Contact was made with Jose Vera, the stepfather of LATOUR.  Given LATOUR was a minor at the time, detectives admonished Vera regarding the actions of LATOUR and the case

was closed pending any additional information. Marisol Vera was believed to be LATOUR's mother.

116. On or about April 9, 2025, subpoena returns were received from AT&T regarding subscriber information for telephone number 239-223-2319, linked to the accounts reported in Cybertips. The following subscriber information was provided, including the same subscriber email address provided by KUB regarding the IP address linked to 1623 Cove Creek Ln, Knoxville, TN:

> Name: Marisol Vera Rosas
> Billing address: 15690 S Mallard  Ln, Fort Myers, Florida
> User address: 721 Bedford Dr, Lehigh Acres, Florida
> MSISDN Active: 8/17/2020 – 10/15/2023
> Contact Home Email: marisolvera86@icloud.com

117. On or about April 14, 2025, subpoena returns were received from AT&T regarding the telephone number 239-416-7595, reported in Cybertip associated with Instagram account user **mrbuildabear1** which identified the following subscriber information:

> Name: Marison Vera Rosas
> User address: 721 Bedford Dr, Lehigh Acres, Florida
> Billing Address: 15690 S Mallard Ln, Fort Myers, FL
> Contact Email: marisolvera86@icloud.com
> MSISDN Active: 10/15/2023 and 8/17/2024
> Account Status: Cancelled

40

118.    On or about May 2, 2025, subpoena returns were received from Verizon Wireless regarding telephone number 239-416-7595 which identified the following subscriber information:

> Business Name: Prestige Custom Woodwork
> Address: 1209 Seminole Ave, Labelle, FL
> Contact Name: Jose Ver [sic]
> Effective Date: 8/17/2024

119.    Online public records identified Prestige Custom Woodwork of SWFL, LLC as a Florida Domestic Limited-Liability Company registered on May 1, 2023, and located at 1209 Seminole Ave, Labelle, FL with registered agent as Jose Vera Rosas, and additional company contact as Marisol Vera Rosas.

120.    Searches of public records and DMV records identified Marisol Vera Rosas (née Hernandez) and likely family members to include Jose Vera Rosas, Jose Vera Jr, and Favion Hernandez Latour.  Florida DMV records identified Marisol Vera Rosas, Jose Vera Rosas and Jose Vera Jr with matching addresses at 721 Bedford Dr, Lehigh Acres, Florida.

121.    In response to an administrative subpoena, the School District of Lee County in Florida provided school records for LATOUR. According to the records, LATOUR previously attended Lehigh Acres Middle School during the 2019-2020 school year.  Additionally, Marisol Vera aka Marisol Hernandez with email address marisolvera86@icloud.com was identified as his mother, Jose Vera was identified as his stepfather and Favion Latour was identified as his brother.  Previous addresses for LATOUR were listed as 15690 S Mallard Ln, Fort Myers, Florida and 721 Bedford Dr, Lehigh Acres, Florida.

41

122.     On or about April 11, 2025, subpoena returns were received from Comcast Cable regarding subscriber information for IP address 73.113.65.190 for the date and time of the account log in, as reported by Snapchat. Comcast provided subscriber information for the IP address as follows:

> Subscriber Name: Mary Hernandez
> Service Address: 4400 Hinton Rd, Knoxville, TN
> Telephone #: 239-675-8988

123.     Public record searches identified Mary Ann Hernandez living at 4400 Hinton Rd, Knoxville, TN with date of birth 1/14/1985. Based on publicly available information, it is believed that Mary Hernandez is the sister of Marisol Vera Rosas and LATOUR's aunt.

124.     Public records searches regarding possible residents of address 4400 Hinton Rd, Knoxville, TN identified information for Mary Hernandez, Jose Vera Jr., and Trimaine Hernandez Latour with date of birth 10-26-2004. Tennessee DMV records identified the following individual:

> Name: Trimaine Hernandez Latour
> DOB: 10/26/2004
> SSN: XXX-XX-6889
> Address: 4400 Hinton Rd, Knoxville, TN

125.     On or about April 4, 2025, subpoena returns were received from KUB for IP addresses 2606:83c0:a800:c100:9d13:e2b2:e742:b1c1 and 2606:83c0:a800:c100:b408:f486:d2b8:2fea used by LATOUR and reported in Cybertips regarding MV-4. The IP addresses resolved back to the following subscriber information,

including the same subscriber email address provided by AT&T regarding telephone numbers

239-223-2319 and 239-416-7595 associated with LATOUR ACCOUNTS:

> Subscriber Name: Jose Vera
>
> Service address: 1623 Cove Creek Ln Lot #60, Knoxville, Tennessee.
>
> Subscriber phone: 239-265-8536
>
> Subscriber email: marisolvera86@icloud.com

126.    Tennessee DMV records with more recent issue dates identified records for the

following individual, identified as LATOUR's stepfather:

> Name: Jose Vera Rosas
>
> DOB: 3/14/1981
>
> Address: 1623 Cove Creek Ln, Knoxville, TN

127.    Additional review of search warrant returns provided by Meta regarding

Instagram user **mrbuildabear1** recovered messages from LATOUR on or about March 14, 2025,

stating he was currently living in Tennessee but previously lived in Florida. On or about

November 10, 2020, LATOUR stated that he used to go to a school called "Lehigh but left."

128.    Multiple screen shots were recovered from the Instagram search warrant returns

for account **mrbuildabear1** which identify accounts in the name of LATOUR, including the

below:



## Continued Victim Contact

129.     On or about September 13, 2025 and again on or about October 14, 2025, MV-1's mother notified FBI that LATOUR had recontacted MV-1 on the mobile application TikTok using accounts **yoh9n** and **uiyohan.**  On or about September 26, 2025, an administrative subpoena and a pen register trap and trace were submitted to TikTok for account **yoh9n** to obtain IP address history.  Returns for the pen register trap and trace were received on October 17, 2025, and returns for the administrative subpoena were received on October 20. 2025.

130.     The returns from TikTok included basic subscriber information and provided the ID-associated nickname of Trimaine Latour, phone number 239-416-7595 (reported in Cybertip), and email address trimaine478@gmail.com (reported in Cybertip**).**  An analysis of the IP history for TikTok account **yoh9n** determined LATOUR logged into TikTok consistently using IP address 162.81.175.125 over an approximately two-month period from August 1, 2025, to October 8, 2025, with hundreds of IP records daily and throughout the day.

131.     On or about October 20, 2025, an administrative subpoena was issued to KUB for subscriber records for IP address 162.81.175.125 during the same two-month time period**.**  On or

44

about October 21, 2025, KUB responded to the subpoena and identified the following subscriber and service address:

> Subscriber Name: Jose Vera
> Authorized User(s): Marisol Vera
> Service address: 1623 Cove Creek Ln Lot #60, Knoxville, Tennessee.
> Subscriber phone: 239-265-8536
> Subscriber email: marisolvera86@icloud.com

132. On or about October 17, 2025, physical surveillance was conducted at 1623 Cove Creek Ln Lot #60, Knoxville, Tennessee. A small white sedan was observed driving down the gravel pathway towards 1623 Cove Creek Ln. The driver made contact with FBI personnel and asked if they were waiting for a food delivery at 1623 Cove Creek, whereupon an individual, positively identified as Trimaine Latour (LATOUR), was observed running down the gravel pathway from 1623 Cove Creek Ln. with a cellphone flashlight in hand. He made contact with the food delivery driver and accepted the delivery.

## CONCLUSION

133.    Based on the information contained in this affidavit, there is probable cause to believe that TRIMAINE LATOUR committed violations of the TARGET OFFENSES, to include 18 U.S.C. §2251(a), which makes it a crime to persuade, induce or coerce a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct; 18 U.S.C. § 2252A(a)(2), which make it a crime to receive and distribute child pornography; 2252A(a)(1), which make it a crime to transport or ship in interstate or foreign commerce, by computer, child pornography; 18 U.S.C. § 2252A(a)(5)(B), which make it a crime to possess child pornography; 18 U.S.C. §875(d), which makes it a crime to threaten to injure the reputation of another with the intent to extort things of value.

FURTHER AFFIANT SAYETH NOT.

Kirk L. Cheney, Special Agent
Federal Bureau Investigation

Subscribed and sworn to before me on
this the 19th day of November 2025.

UNITED STATES MAGISTRATE JUDGE

46